[No. 13146–0–I. Division One. August 1, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL EUGENE WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–00389–8, Robert E. Dixon, J., entered May 4, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Ringold, JJ.

[No. 13217–2–I. Division One. August 1, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. LEWIS HANEY SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–03192–1, Horton Smith, J., entered May 20, 1983. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Williams, JJ.

[No. 13433–7–I. Division One. August 1, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD G. RHINES, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 82–1–00386–0, Jack S. Kurtz, J., entered June 3, 1983. *Affirmed* by unpublished opinion per Callow, J., concurred in by Corbett, A.C.J., and Williams, J.

[No. 13551–1–I. Division One. August 1, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH LEE OTTRIX, *Defendant,* LEVERNE MAXWELL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–01151–3, Lloyd W. Bever, J., entered July 14, 1983. *Affirmed in part* and *reversed in part* by unpublished opinion per Callow, J., concurred in by Corbett, A.C.J., and Williams, J.